| | | |
|---|---|---|
| Edward A. Keane*<br>Garth S. Wolfson•<br><br>Of Counsel<br>Stephen J. Murray+<br><br>*Also admitted in NJ<br>+Also admitted in CT | **MAHONEY & KEANE, LLP**<br>*Attorneys at Law*<br>*40 Worth Street - Sixth Floor*<br>*New York, New York 10013*<br>*Telephone (212) 385-1422*<br>*Facsimile (212) 385-1605*<br>*gwolfson@mahoneykeane.com* | Connecticut Office<br><br>14 Pilgrim Lane<br>Weston, CT 06883<br>Tel: (203) 222-1019<br>Fax: (203) 222-0252 |

October 19, 2021

**VIA ECF**

Hon. John G. Koeltl
United StateS District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

*[Handwritten: ADJOURNED TO MONDAY DECEMBER 20, 2021, AT 2:30PM. SO ORDERED. [signature] 10/20/21 USDJ]*

Re:  **Case No. 21 Civ. 07729 (JGK)**
MAERSK LINE A/S v. ECHO STAR
FIBERS LLC
**Our File No. 12/4507**

Honorable Sir,

We represent the Plaintiff, MAERSK LINE A/S, in the above-referenced action, wherein we were today notified that a telephonic initial case management conference has been scheduled for 3:00 o'clock in the afternoon of December 13, 2021, and write to request that the conference be rescheduled. No prior request has been made, and the Defendant, ECHO STAR FIBERS LLC, has not yet entered an appearance in the case.

Also at 3:00 o'clock in the afternoon of December 13, 2021, the undersigned is supposed to appear for a previously-scheduled oral argument in Supreme Court, New York County, on several long-delayed discovery motions in the case of *Nowak v. Sea Wolf Marine*, Index No. 154000/2018. Moreover, discovery in a related action entitled *Sea Wolf Marine Transportation LLC v. Weeks Marine, Inc.*, Case No. 2019 Civ. 09043 (CCC), in the United States District Court for the District of New Jersey is tracking and proceeding in tandem with the New York State case.

To the extent the Court is amenable, we would be available at another time on December 13, 2021, any other day that week, or some other date convenient to Your Honor.

And we thank the Court for its consideration.

                                              Respectfully submitted,

                                              MAHONEY & KEANE, LLP

                                By:  s/ Garth S. Wolfson
                                         Garth S. Wolfson