UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

MAERSK LINE A/S,

              Plaintiff,

    - against -

ECHO STAR FIBERS LLC,

             Defendant.
───────────────────────────────────

21-cv-7729 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On December 16, 2021, the Clerk issued a certificate of default as to defendant Echo Star Fibers LLC. ECF No. 11. In order to continue pursuing a default judgment, the plaintiff is directed to follow the procedures laid out in the Court's Individual Practices by March 25, 2022. See Individual Practice VII, available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/JGK%20Koeltl%20Individual%20Rules%2007232021_0.pdf.

SO ORDERED.

Dated:    New York, New York
           March 16, 2022

                                      John G. Koeltl
                                 United States District Judge